**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7578**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GUS JOHN BOOGADES,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CR-95-34, CA-97-1206-2)

---

Submitted: April 29, 1999               Decided: May 5, 1999

---

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Gus John Boogades, Appellant Pro Se. Charles Philip Rosenberg, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gus John Boogades seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Boogades, Nos. CR-95-34; CA-97-1206-2 (E.D. Va. Sept. 23, 1998; Nov. 17, 1998). We deny Boogades' motion to expedite the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2